Keith W. Miller
Jonathan A. Choa
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

*Attorneys for Defendants UBS Securities LLC and
UBS Financial Services, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO L. SANCHEZ, on behalf of himself and all others similarly sitiuated,<br><br>                           Plaintiff,<br><br>- against -<br><br>UBS AG, UBS SECURITIES LLC and UBS FINANCIAL SERVICES, INC.,<br><br>                          Defendants. | CASE No.: 1:08-CV-03082 (LMM)<br><br>**NOTICE OF RELATED CASE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that pursuant to Rule 1.6(a) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, counsel for Defendants UBS Financial Services, Inc. and UBS Securities LLC have filed a Notice of Related Case in relation to a new complaint filed in this District after this case was commenced on March 26, 2008. The subsequent case, *Bonnist v. UBS AG, UBS Securities LLC, and UBS Financial Services, Inc.*, Case No. 1:08-cv-4352 is presently unassigned.

For the reasons set forth in the Notice filed in the new case, Defendants UBS Financial Services, Inc. and UBS Securities LLC believe that the subsequently-filed *Bonnist* case should be transferred to the docket of the Honorable Lawrence M. McKenna, who is presiding over this first-filed action and two other related actions, *Kassover v. UBS AG, et al.*, Case No. 1:08-cv-02753, and *Chandler v. UBS AG, et al.*, Case No. 1:08-cv-02967, so that these cases may be heard by the same judge to avoid unnecessary duplication of judicial effort.

Dated: New York, New York
      May 15, 2008

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: ___/s/ Jonathan A. Choa_____
    Jonathan A. Choa

jonathanchoa@paulhastings.com
Keith W. Miller
keithmiller@paulhastings.com
75 East 55th Street
New York, New York 10022
(212) 318-6000

*Attorneys for Defendants UBS Securities LLC and UBS Financial Services Inc.*

## CERTIFICATE OF SERVICE

I, Jonathan A. Choa, a member of the bar of this Court and associated with the firm of Paul, Hastings, Janofsky & Walker LLP do hereby certify that on May 15, 2008, a true and correct copy of the foregoing Notice of Related Case was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing. Parties may access this filing through the Court's CM/ECF System.

Jonathan A. Choa

LEGAL_US_E # 79390912.3