

McKenna, J.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID and SHELLY CHANDLER, Individually, And As Trustees of the Chandler Trust Dated 12/28/2005, And On Behalf of All Others Similarly Situated,<br>              Plaintiffs,<br>v.<br>UBS AG, UBS Securities LLC and UBS Financial Services Inc.,<br>              Defendants. | CIVIL ACTION NO. 08-CV-02967 (LMM) |
| RICARDO L. SANCHEZ, On Behalf of Himself and All Others Similarly Situated,<br>              Plaintiff,<br>v.<br>UBS AG, UBS Securities LLC and UBS Financial Services Inc.,<br>              Defendants. | CIVIL ACTION NO. 08-CV-03082 (LMM)<br><br>+ORDER OF<br>STIPULATION ~~REQUESTING~~ CONSOLIDATION OF RELATED CASES |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/08

WHEREAS on March 21, 2008, Plaintiffs David and Shelley Chandler filed the action styled *David and Shelley Chandler, Individually, and As Trustees of the Chandler Trust Dated 12/28/2005, And on Behalf of All Others Similarly Situated v. UBS AG, UBS Securities LLC and UBS Financial Services, Inc.*, No. 08-CV-02967 (LMM) ("*Chandler*");

WHEREAS on March 26, 2008, Plaintiff Ricardo L. Sanchez filed the action styled *Ricardo L. Sanchez, On Behalf of Himself and All Others Similarly Situated v. UBS AG, UBS Securities LLC and UBS Financial Services, Inc.*, No. 08-CV-03082 (LMM) ("*Sanchez*");

WHEREAS the *Chandler* and *Sanchez* actions involve common questions of law and fact;

WHEREAS the *Chandler* and *Sanchez* parties have agreed to consolidate their cases;

THEREFORE IT IS HEREBY STIPULATED AND AGREED by the parties, by and through their undersigned counsel, that:

1. The *Chandler* and *Sanchez* actions are hereby consolidated for all purposes, including discovery, pretrial proceedings, trial proceedings, and post-trial proceedings, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure;

2. This action shall be captioned "*In re UBS Auction Rate Securities Litigation*," and the files of this action shall be maintained in one file under Master File No. 08-CV-02967. Any other actions now pending or hereafter filed in this District, or transferred to this District, which arise out of common alleged facts and include the same alleged claims against Defendants as alleged in the *Chandler* and *Sanchez* cases, shall be consolidated into this action for all purposes, if and when they are drawn to the Court's attention.

3. This order is without prejudice to the rights of any party to apply to the Court for severance of any claim, issue, party or action, or for modification of this Order, for good cause shown.

4. Every pleading filed in these consolidated actions, or in any separate action included herein, shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re UBS AUCTION RATE SECURITIES LITIGATION ) ) ) | Master File No. 08-CV-02967 |
| This Document Relates To: ) ) | |

5. When a pleading is intended to be applicable to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document

Case 1:08-cv-03082-LMM    Document 9    Filed 05/16/2008    Page 3 of 4
05/15/2008  08:27   212-363-7171        LEVI & KORSINSKY             PAGE  02
Case 1:08-cv-02967-LMM    Document 12    Filed 05/15/2008   Page 3 of 4

Relates To:" in the caption set out above. When a pleading is intended to be applicable to some, but not all, of the consolidated actions, immediately after the words "This Document Relates To:" in the caption described above, there shall appear "Civil Action No. _____ (plaintiff's name)" for each individual related action to which the pleading is intended to be applicable.

**IT IS SO STIPULATED.**

Dated: May 15, 2008            **GIRARD GIBBS LLP**

                               By: _____

                               Jonathan K. Levine (JL-8390)
                               Daniel C. Girard
                               Aaron M. Sheanin
                               601 California Street, 14th Floor
                               San Francisco, CA 94108
                               Telephone: (415) 981-4800
                               Facsimile: (415) 981-4846

                               Christopher A. Seeger (CS-4880)
                               Stephen A. Weiss (SW-3520)
                               David R. Buchanan (DB-6368)
                               **SEEGER WEISS LLP**
                               One William Street
                               New York, NY 10004
                               Telephone: (212) 584-0700
                                   Facsimile: (212) 584-0799

                               Norman E. Siegel
                               **STUEVE SIEGEL HANSON LLP**
                               460 Nichols Road, Suite 200
                               Kansas City, MO, 64112
                               Telephone: (816) 714-7100
                               Facsimile: (816) 714-7101

                               Counsel for Plaintiffs
                               David and Shelly Chandler

Dated: May 14, 2008            **LEVI & KORSINSKY, LLP**

                               By: _____

                               Eduard Korsinsky
                               Joseph E. Levi
                               Juan E. Monteverde

3

Case 1:08-cv-03082-LMM   Document 9    Filed 05/16/2008   Page 4 of 4
Case 1:08-cv-02967-LMM   Document 12   Filed 05/15/2008   Page 4 of 4

39 Broadway, Suite 1601
New York, NY 10006
Telephone: (212) 363-7500
Facsimile: (212) 363-7171

Attorneys for Plaintiff Ricardo Sanchez

Dated: May 15, 2008

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _William F. Sullivan_ /HMP

William F. Sullivan
Howard M. Privette
John S. Durant
515 S. Flower Street, 25th Floor
Los Angeles, California 90071
(213) 683-6000

Keith Miller
75 East 55th Street
New York, New York 10022
(212) 318-6000

James D. Wareham
875 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1700

Attorneys for Defendants UBS Securities LLC and UBS Financial Services Inc.

SO ORDERED:

_/s/ L. M. McKenna_     5/16/08

LAWRENCE M. McKENNA
United States District Judge

4